Order issued December 28, 2012

**FILED IN**
**14th COURT OF APPEALS**
**HOUSTON, TX**
*12/28/2012*
**CHRISTOPHER A. PRINE,**
**CLERK**



14-12-01168-CV

# In The
# Court of Appeals
## For The
# First District of Texas

## NO. 01-12-01131-CV

## CHARLES KEENER SCRUGGS, D.D.S., Appellant

## V.

## HEATHER MAUDE LINN, Appellee

**On Appeal from County Court at Law No 1**
**Galveston County, Texas**
**Trial Court Cause No. 99FD2791**

## MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the Fourteenth District of Texas: *Heather Maude Linn v Charles Keener Scruggs*, No. 14-03-01204-CV. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of all orders,

judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Sherry Radack
Chief Justice Sherry Radack
Acting Individually